**INDEX OF EXHIBITS TO HILCO VISION'S**
**MOTION TO DISMISS NANO MAGIC'S COMPLAINT**
**UNDER FRCP 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

| **Ex. #** | **Description** |
|---|---|
| A | Affidavit of John Lakey |