UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nano Magic, Inc,

Plaintiff(s),

v.

The Hilsinger Company Parent, LLC,

Defendant(s),

Case No. 2:26−cv−12212−TGB−APP
Hon. Terrence G. Berg

**NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion to Dismiss − #7

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg ***without*** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Emily P Vradenburg
Case Manager

Dated: September 11, 2026