# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NANO MAGIC, INC., a
Michigan corporation,

Plaintiff,

v.

THE HILSINGER COMPANY
PARENT, LLC d/b/a HILCO
VISION, a Massachusetts limited
liability company,

Defendant.

Case No. 2:26-cv-12212
Hon. Terrence G. Berg
Magistrate Anthony P. Patti

---

**AFFIDAVIT OF TOM BERMAN**

I, Tom Berman, being first duly sworn, states:

1. I am a Strategic Advisor to Nano Magic, Inc. ("Nano Magic") and during the relevant period of the transaction discussed herein, I was the Chief Executive Officer of Nano Magic. I am over the age of 18 and I personally participated in the events described below and have personal knowledge of these facts.

2. Nano Magic is a corporation formed under the laws of Michigan with its principal place of business at 31601 Research Park Dr., Madison Heights, MI 48071 during the relevant period of the transaction discussed herein. Nano Magic's

current principal place of business is 750 Denison Court Bloomfield Hills, MI 48302.

3. Nano Magic's headquarters and operations were at all times relevant to the business relationship described herein and in Plaintiff's Complaint and Jury Demand (ECF No. 1), in Michigan.

4. In October 2025, I approached Hilco Vision regarding the transfer of Nano Magic's operations, inventory, and assets, which involve Nano Magic's Michigan business, to Hilco Vision.

5. Over approximately five months, from October 2025 through March 2026, Hilco Vision conducted extensive due diligence in the course of negotiating the transaction. During that period, I exchanged frequent emails, telephone calls, and video conferences with Hilco Vision representatives while working in Michigan concerning the transaction terms, Michigan operations, assets, and proposed transition of operations to Hilco Vision.

6. On January 20, 2026, Grisha Chandrajaj, Hilco Vision's CEO at the time, requested Hilco Vision representatives visit Nano Magic operations in Madison Heights, Michigan.

7. As contemplated during those discussions, Hilco Vision representatives, namely Andrew Bell, Swapnil Rane, and William Tribbey, visited

Nano Magic's facility in Madison Heights, Michigan, on January 29, 2026. I was present at and participated in the visit with the Hilco Vision representatives.

8. During the visit, Hilco Vision's representatives toured our facility to observe our operation, inspected inventory, machinery, and equipment, and reviewed our products. We discussed the timing of the transition plan, including specifically what machines, equipment, and inventory Hilco Vision was interested in obtaining. Hilco Vision's representatives requested additional information such as bills of materials, further detail on Nano Magic's proposed transition plan, information related to our machines and equipment, including time standards and studies, as well as information related to product volume on a per SKU level. Hilco Vision also asked Nano Magic for customer lists, pricing, and disclosure of trade secret formulations and chemicals used.

9. Following the visit, the parties' communications continued concerning follow-up diligence requests, unresolved terms, and transition arrangements discussed with Hilco Vision.

10. On March 13, 2026, Nano Magic and Hilco Vision executed a Letter of Intent ("LOI") concerning the transition of manufacturing, commercialization, and ultimate ownership of certain Nano Magic intellectual property and related business operations to Hilco Vision.

11. At all times prior to and following the execution of the LOI, Hilco Vision knew that Nano Magic was an entity located in the State of Michigan.

12. Following execution, I discussed the contemplated transition steps with Hilco Vision representatives.

13. In reliance on the LOI and those communications, Nano Magic began implementing the contemplated transition, including exiting its Michigan lease, reducing manufacturing operations, transitioning inventory, introducing customers, and other actions actually taken, with dates.

14. On March 31, 2026, Hilco Vision sent Nano Magic notice terminating the LOI.

Tom Berman

Subscribed and sworn to before me on [signature] by Tom Berman.
September 28, 2026
Notary Public, State of Michigan, County of Macomb
My commission expires: May 13, 2031
Acting in the County of: Macomb

NICOLE P SATCHELL
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires May 13, 2031
Acting in the County of [signature]